IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY J. SCHULENBURG,

    Plaintiff,                                   JUDGMENT IN A CIVIL CASE

v.                                                Case No. 14-cv-774-jdp

SALLIE MAE (SLM CORPORATION),

    Defendant.

---

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to prosecute.

      /s/                                                  12/11/2014

Peter Oppeneer, Clerk of Court                   Date