IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY J. SCHULENBURG,

    Plaintiff,

v.

SALLIE MAE (SLM CORPORATION),

    Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 14-cv-774-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 4/18/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |